UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THAN ORN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, a municipal corporation, and KRISTOPHER CLARK, in his individual capacity,<br><br>Defendants. | NO.<br><br>Superior Court of the State of Washington County of Pierce No. 13-2-13886-2)<br><br>NOTICE OF REMOVAL OF ACTION FROM STATE COURT |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1441(a), defendant hereby removes this action from the Superior Court of the State of Washington, County of Pierce, to the United States District Court for the Western District of Washington at Tacoma. Defendants appear solely for the purpose of removal and for no other purpose, reserving all other defenses available to defendant and alleges on information and belief as follows:



Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

1. Plaintiff filed the above-captioned action against Defendants City of Tacoma and Kristopher Clark in the Superior Court of the State of Washington, County of Pierce, on October 10, 2013. The defendants were served with a copy of the Summons and Complaint on October 16, 2013, a copy of which is attached hereto as Exhibit A.

2. This Notice of Removal is being filed within 30 days after the matter was filed in the Superior Court and served on the defendants, and thus is timely filed pursuant to 28 U.S.C. § 1446(b).

3. This is a civil action for which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331, as plaintiff, Than Orn, has asserted a violation of his civil rights as secured by federal law.

4. Plaintiff has also asserted state tort actions. Defendants request that all claims be removed from the Superior Court of the State of Washington, County of Pierce, and that this Court exercise supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. §1441(c).

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon defendant to date are attached.

6. The defendants will promptly file a copy of this Notice in the Superior Court of the State of Washington, County of Pierce, and will serve a copy of the same on the plaintiff in accordance with 28 U.S.C. § 1446(d).

/



Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

WHEREFORE, the defendants give notice that the above-captioned action commenced against it in the Superior Court of the State of Washington, County of Pierce, has been removed to this Court.

DATED this 8th day of November, 2013.

ELIZABETH A. PAULI, City Attorney

By: Jean Homan

JEAN P. HOMAN
WSBA# 27084
Deputy City Attorney
Attorney for Defs. City of Tacoma and Kristopher Clark

**CERTIFICATE OF SERVICE**

I hereby certify that on 11-8-13, I electronically filed, through my staff, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record on file.

Jean Homan

JEAN P. HOMAN
WSBA#27084
Attorney for Def. City of Tacoma
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885
Fax: (253) 591-5755
jhoman@ci.tacoma.wa.us



Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

RECEIVED
OCT 16 2013
TACOMA CITY ATTORNEY
CIVIL DIVISION

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2013 10:57 AM

KEVIN STOCK
COUNTY CLERK
**NO: 13-2-13886-2**

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

THAN ORN, individually,

Plaintiff,

vs.

CITY OF TACOMA, a municipal corporation, and; KRISTOPHER CLARK, in his individual capacity,

Defendants.

NO.

SUMMONS

TO ALL NAMED DEFENDANTS:

A lawsuit has been started against you in the above entitled court by Plaintiff. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the person signing this Summons within 20 days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where a Plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654
www.pcvalaw.com

appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

Any response or notice of appearance which you serve on any party to this lawsuit must also be filed by you with the court within 20 days after the service of Summons, excluding the day of service.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of Civil Rules for Courts of Limited Jurisdiction.

Dated this 10th day of October, 2013.

PFAU COCHRAN VERTETIS AMALA, PLLC

By [signature]
Darrell L. Cochran, WSBA No. 22851
Darrell@pcvalaw.com
Loren A. Cochran, WSBA No. 32773
loren@pcvalaw.com
Attorneys for Plaintiff

LAW OFFICE OF THOMAS A. BALERUD

By: /s/ Thomas A. Balerud
Thomas A. Balerud, WSBA No. 19539
Attorney for Plaintiff






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654
www.pcvalaw.com

RECEIVED via Delivery 12:48
OCT 16 2013 service accepted by Cheryl Carmer for City of Tacoma only
TACOMA CITY ATTORNEY CIVIL DIVISION

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2013 10:57 AM

KEVIN STOCK
COUNTY CLERK
**NO: 13-2-13886-2**

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| THAN ORN, individually,<br>Plaintiff,<br>vs.<br>CITY OF TACOMA, a municipal corporation, and; KRISTOPHER CLARK, in his individual capacity,<br>Defendants. | NO.<br>COMPLAINT FOR DAMAGES<br>JURY DEMANDED |

COMES NOW Plaintiff Than Orn, by and through his attorneys, Darrell Cochran, Loren Cochran and Pfau Cochran Vertetis Amala PLLC, and Thomas Balerud and The Law Office of Thomas A. Balerud and hereby alleges as follows:

## I. INTRODUCTION

1.1 Thirty-four year old Than Orn was unlawfully shot multiple times in the back, the back shoulder and the back of his neck by Tacoma police officer Kristopher Clark for failing to obey police instructions.

1.2 As a result of his injuries, Plaintiff Orn is paralyzed below the waist and requires continuing medical and respite care. Orn has also lost his ability to work in his chosen profession and has experienced severe mental and emotional injuries including the collapse of his marriage as a result of Kristopher Clark's excessive and unlawful use of force.






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

1.3 The City of Tacoma conducted a Pursuit Review of the police response involving Than Orn and concluded that all officers needed; 1) Additional Pursuit Immobilization Technique (PIT) Training; 2) Improved radio communications relaying relevant information; 3) To review of the number of responding vehicles, and; 4) Improved command and on-scene supervisory directions. In addition, the City of Tacoma conducted a Use of Deadly Force review and concluded that Officer Clark needed additional training in environmental awareness, tactical positioning and officer safety. The systemic failures of the Tacoma Police Department, including but not limited to those areas addressed above, resulted in an unnecessary and unlawfully excessive use of force which has left Than Orn permanently disabled, in constant physical pain and mentally and emotionally devastated. The City of Tacoma and its police department were deliberately indifferent to the constitutional rights of Than Orn by failing to adequately train its officers, and/or are believed to have express policies, and/or are believed to have widespread practices which encouraged and enabled the use deadly force in an unconstitutional manner that jeopardizes the safety of all citizens.

## II. PARTIES

2.1 Plaintiff Than Orn was a resident of Pierce County, Washington at all times relevant to this action.

2.2 Defendant City of Tacoma is a Washington municipal entity with police powers existing pursuant to the Washington State Constitution and the Constitution of the United States. Defendant City of Tacoma is responsible for formulating and implementing the Tacoma Police Department's policies and procedures and ensuring its officers are properly and adequately trained.






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

2.3 Defendant Kristopher Clark is or was at all relevant times a City of Tacoma police officer who, all times relevant hereto, was acting under color of law.

## III. JURISDICTION AND VENUE

3.1 Venue is proper in Pierce County under RCW 4.12.020.

3.2 Jurisdiction is proper under RCW 4.96.010 and 4.96.020. A City of Tacoma claim for damages form was presented to the City of Tacoma, City Clerk's Office as directed on the tort claim form. More than sixty (60) calendar days have elapsed since the filing of the tort claim form such that filing of this action in allowed pursuant to Pursuant to RCW 4.96.020.

## IV. JURY DEMAND

4.1 Plaintiff hereby demands a jury trial on the causes of action set forth herein.

## V. STATEMENT OF FACTS

5.1 On October 12, 2011, at or around 8:30 p.m., Plaintiff Than Orn was driving his family car, registered to his wife at his home address, in South Tacoma.

5.2 At or about that same time, upon information and belief, Tacoma Police Department (TPD) Patrol Sgt. Alan Morris began following Orn allegedly because Orn was driving without lights.

5.3 A short time later, Morris called over the police radio system to report that Orn allegedly would not stop the vehicle. Approximately five (5) minutes after he began following Orn, Morris told dispatch the vehicle was not driving recklessly, just that driver allegedly would not stop.






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

5.5 Upon information and belief, TPD police units were ordered to conduct a Pursuit Immobilization Technique (PIT) maneuver on Than Orn's vehicle but failed to do so.

5.6 At approximately 8:43 p.m., all units were ordered to stay in vehicles.

5.7 At or about this same time, Than Orn continued on toward his apartment complex located at 6634 Tacoma Mall Boulevard. Upon information and belief, Orn's speed never exceeded 30 miles per hour.

5.8 At approximately 8:46 p.m., Orn pulled into his apartment complex with TPD K-9 Officer David Johnson directly behind him. Officer Johnson later testified under oath that Orn's vehicle speed was little more than a crawl. Upon information and belief, Officer Johnson ordered all units again to stay in their vehicles.

5.9 At or about this same time, Defendant Kristopher Clark was positioned, along with approximately twelve (12) additional police units, at or very near the parking lot of Than Orn's apartment complex waiting for Orn to arrive.

5.10 As Plaintiff Orn pulled into his apartment complex at little more than a crawl, Defendant Kristopher Clark exited his police vehicle, despite orders to stay in his vehicle, and according to TPD Officer Robert DeNully, Clark began "running and shooting" at Plaintiff Than Orn. Defendant Clark is the only TPD officer to draw and fire his weapon at Orn.

5.11 Defendant Clark shot ten (10) times. According to a ballistics investigation, eight (8) of Clark's shots entered through the rear of Than Orn's vehicle as Orn's vehicle was moving away from Defendant Clark. The other two (2) shots by Clark were fired through the rear passenger window or the rear passenger wing window. These two other shots were again fired while Orn's vehicle traveled away from Defendant Clark.




PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

5.12 Plaintiff Than Orn was struck multiple times in the neck, right shoulder and back by Defendant Clark's gunshots. According to medical reports, Orn suffered complete spinal cord injury (SCI) at the first lumbar vertebra due to a bullet lodged in his spine. Plaintiff also suffered severe cervical spine trauma including fractures of the fourth, fifth and sixth cervical vertebrae transverse process, as well as a fracture to his right scapular. Plaintiff Orn is not expected to recover any function below the L1 level of his spine.

## VI. CAUSES OF ACTION

### A. Unconstitutional Use of Excessive Force by Defendant Kristopher Clark.

6.1 Plaintiff re-alleges the paragraphs set forth above.

6.2 The Fourth Amendment to the United States Constitution prohibits unreasonable searches and seizures of the person. This protects citizens and members of the community and prohibits the government from using excessive force against those citizens. The shooting of a fleeing suspect constitutes a Fourth Amendment "seizure." The Fourteenth Amendment of the U.S. Constitution applies the Fourth Amendment's provisions against state and local actors.

6.3 At all material times, Officer Clark operated under color of law.

6.4 Officer Clark violated the Fourth Amendment's clearly established prohibitions against excessive force when he employed the use of deadly force against Than Orn for failing to yield or failing to obey instructions without any objectively reasonable belief that Orn posed an immediate threat of harm to himself or others. Than Orn was unarmed and was not suspected of a violent criminal offense. Moreover, Orn was driving out




PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

of the path of police officers at an extremely slow speed but was nonetheless shot by a chasing Officer Clark in the back, back shoulder and the back of the neck.

6.5 As a direct and proximate result of these constitutional violations, Than Orn was shot and seriously and permanently injured, and continues to suffer, experiencing substantial physical, mental and emotional pain, anguish and anxiety.

**B. Violations of Constitutional Rights by Defendant City of Tacoma.**

6.6 Plaintiff re-alleges the paragraphs set forth above.

6.7 Defendant City of Tacoma Police Department violated Plaintiff's Constitutional rights under the Fourth and Fourteenth Amendments to the U.S. Constitution, as set forth herein, and in other respects as well.

6.8 Defendant City of Tacoma and the Tacoma Police Department have customs, policies, and practices that amount to deliberate indifference to the rights of persons with whom its officers regularly come into contact, including nonviolent suspects like Than Orn.

6.9 Defendants City of Tacoma and the Tacoma Police Department, with deliberate indifference, failed to train the Tacoma Police Department's law enforcement officers and failed to adopt and implement policies for, among other things, the use of de-escalation techniques, non-lethal tactics, proper nonviolent suspect apprehension techniques, and the decision-making process that should accompany use of deadly force.

6.10 The failure by Defendant City of Tacoma and the Tacoma Police Department to adequately and appropriately train its officers and employee amounts to deliberate indifference to the rights of the persons with whom the Tacoma Police Department's employees regularly come into contact, including nonviolent suspects like Than Orn.






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

6.11 It was highly predictable that Defendant's failures would result in constitutional violations, like those that occurred in this case. Plaintiff's permanently debilitating injuries are the foreseeable consequence of the Tacoma Police Department's failure to equip its law enforcement officers with the necessary training and tools to handle recurring situations, such as those involving a nonviolent suspect failing to yield or failing to obey an officer's instructions.

6.12 The actions of the officers involved, which deprived the Plaintiff of his Constitutional rights, conformed to official policy, custom, and practice of Defendant City of Tacoma. Defendant City of Tacoma and the Tacoma Police Department's policy of shooting an unarmed individual failing to yield, but avoiding officers and driving at an extremely low speed is blatantly unconstitutional and jeopardizes the safety of all citizens, as evidenced by the police shooting of Than Orn. Moreover, Defendant City of Tacoma has ratified the conduct of Defendant Clark in relation to the injuries of Than Orn, by refusing to appropriately sanction Defendant Clark for his actions.

6.13 As a result of the actions and deliberate indifference of Defendant City of Tacoma and the Tacoma Police Department, Than Orn was shot multiple times in the back, back shoulder and neck, including the spine. Plaintiff Orn is permanently injured and continues to suffer, experiencing substantial physical, mental and emotional pain, anguish and anxiety.

**C. Negligent and Grossly Negligent Hiring, Training and Supervision of Employees and Agents.**

6.14 Plaintiff re-alleges the paragraphs set forth above.






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

6.15 Defendants have a duty to use reasonable care in hiring, training and supervising employees and agents.

6.16 Defendants breached this duty in a negligent and grossly negligent manner. As a proximate result of Defendants' breach, Than Orn is permanently injured and continues to suffer, experiencing substantial physical, mental and emotional pain, anguish and anxiety.

**F. Respondeat Superior**

6.17 Plaintiff re-alleges the paragraphs set forth above.

6.18 At all times material herein, Defendants were responsible for the actions of their agents and employees under the theory of *respondeat superior*.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests a judgment for Plaintiff and against Defendants Kristopher Clark and the City of Tacoma as follows:

1) Awarding general, special and punitive damages, including damages for pain and suffering, pursuant to 42 U.S.C. §§ 1983 and 1988, in an amount to be proven at trial;

2) Awarding costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, or as otherwise available under the law;

3) General and special damages as allowed by Washington law, including but not limited to economic and non-economic injuries in an amount to be proven at trial;

4) Awarding any and all applicable interest on the judgment; and

5) Awarding such other and further relief as the Court deems just and proper.

//

//






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

DATED this 9th day of October, 2013.

PFAU COCHRAN VERTETIS AMALA, PLLC

By [signature]
Darrell L. Cochran, WSBA No. 22851
darrell@pcvalaw.com
Loren A. Cochran, WSBA No. 32773
loren@pcvalaw.com
Attorneys for Plaintiff

LAW OFFICE OF THOMAS A. BALERUD

By: /s/ Thomas A. Balerud
Thomas A. Balerud, WSBA No. 19539
Attorney for Plaintiff

4824-8909-5190, v. 1






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

RECEIVED
OCT 16 2013
TACOMA CITY ATTORNEY
CIVIL DIVISION

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2013 10:57 AM

KEVIN STOCK
COUNTY CLERK
**NO: 13-2-13886-2**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

THAN ORN

Plaintiff(s)

Vs.

CITY OF TACOMA

Defendant(s)

No. 13-2-13886-2

ORDER SETTING CASE SCHEDULE

| | |
|---|---|
| Type of case: | PIN |
| Estimated Trial (days): | |
| Track Assignment: | Standard |
| Assignment Department: | 06 |
| Docket Code: | **ORSCS** |

| | |
|---|---|
| Confirmation of Service | 11/7/2013 |
| Confirmation of Joinder of Parties, Claims and Defenses | 2/6/2014 |
| Jury Demand | 2/13/2014 |
| Status Conference (Contact Court for Specific Date) | Week of 3/6/2014 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 4/3/2014 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 5/1/2014 |
| Disclosure of Rebuttal Witnesses | 6/19/2014 |
| Deadline for Filing Motion to Adjust Trial Date | 7/17/2014 |
| Discovery Cutoff | 8/21/2014 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 9/4/2014 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 9/11/2014 |
| Deadline for Hearing Dispositive Pretrial Motions | 9/11/2014 |
| Joint Statement of Evidence | 9/11/2014 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 9/25/2014 |
| Trial | 10/9/2014 9:00 |

**Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.**

**NOTICE TO PLAINTIFF/PETITIONER**

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

**NOTICE TO ALL PARTIES**

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: October 10, 2013

Judge JACK NEVIN
Department 06

RECEIVED
OCT 16 2013
TACOMA CITY ATTORNEY
CIVIL DIVISION

via Delivery 10/10 service accepted for city clerk's office for city of tacoma only

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 10 2013 10:57 AM

KEVIN STOCK
COUNTY CLERK
**NO: 13-2-13886-2**

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

## CASE COVER SHEET / CIVIL CASES

Case Title THAN ORN VS. CITY OF TACOMA Case Number 13-2-13886-2

Atty/Litigant DARRELL L. COCHRAN Bar # 22851 Phone (253) 777-0799

Address 911 Pacific Ave Ste 200

City TACOMA State WA Zip 98402

Please check one category that best describes this case for indexing purposes.
***If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.***

**APPEAL / REVIEW**
____ Administrative Law Review (ALR 2) *REV 6*
____ Civil, Non-Traffic (LCA 2) *REV 6*
____ Civil, Traffic (LCI 2) *REV 6*
____ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
____◆Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) *STANDARD*
____ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
____◆Judgmnt, Another County or Abstract Only (ABJ 2) *Non PCLR*
____ Transcript of Judgment (TRJ 2) *Non PCLR*
____◆Foreign Judgment Civil or Judgement, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
____◆Death, Non-Death Injuries or Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
____ Other Malpractice (MAL 2) *COMPLEX*
__✓__ Personal Injury (PIN 2) *STANDARD*
____ Property Damage (PRP 2) *STANDARD*
____ Wrongful Death (WDE 2) *STANDARD*
____◆Other Tort,Products Liability or Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
____ Condemnation (CON 2) *STANDARD*
____ Foreclosure (FOR 2) *REV 4*
____ Property Fairness (PFA 2) *STANDARD*
____ Quiet Title (QTI 2) *STANDARD*
____ Unlawful Detainer / Eviction (UND 2) *REV 4*
____ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
____◆Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) *REV 4*
____ Injunction (INJ 2) *REV 4*
____ Malicious Harassment (MHA 2) *Non PCLR*
____ Meretricious Relationship (MER 2) *REV 4*
____ Minor Settlement/No Guardianship(MST2) *REV 4*
____ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
____ Property Damage Gangs (PRG 2) *REV 4*
____ Seizure of Property/Comm. of Crime(SPC2) *REV 4*
____ Seizure of Proprty Reslt from Crime(SPR2) *REV 4*

**TORT / MEDICAL MALPRACTICE**
____◆Hospital, Medical Doctor, or Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
____ Habeas Corpus (WHC 2) *REV 4*
____ Mandamus (WRM 2) *REV 4*
____ Review (WRV 2) *REV 4*
____ Miscellaneous Writ (WMW 2) *REV 4*

**MISCELLANEOUS**______________________________