**THE HONORABLE RONALD B. LEIGHTON**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity,<br><br>                    Defendants. | NO. 3:13-CV-05974-RBL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR PRIORITY TRIAL DATE |

**THIS MATTER** having come before the Court upon Plaintiffs' Motion for Priority Trial Date, and the Court having considered the following:

    1.    Plaintiffs' Motion for Priority Trial Date;

    2.    Declaration of Thomas B. Vertetis in Support of Plaintiffs' Motion for Priority Trial Date;

    3.    City of Tacoma's Response to Plaintiff's Motion;

    4.    Plaintiff's Reply in Support of Motion; and

ORDER GRANTING PLAINTIFFS' MOTION FOR PRIORITY TRIAL DATE

CASE NO. 3:13-cv-05974-RBL
1 of 2

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

5. The existing record and file in this case.

Finding itself fully appraised of the matters raised, and the Court having reviewed the Court file, as well as hearing argument of counsel, the Court finds good cause based on the underlying circumstances of Plaintiff Than Orn's injuries and the length this matter has been in litigation to order a priority status trial setting in the event the current trial date is stricken. It is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion for Priority Civil Trial Date is hereby GRANTED, subject to the criminal docket backlog.

SIGNED this 21st day of July, 2020.

Ronald B. Leighton
United States District Judge

Presented by:

PFAU COCHRAN VERTETIS AMALA, PLLC

By /s/ Thomas B. Vertetis
Thomas B. Vertetis, WSBA No. 29805
tom@pcvalaw.com
Attorneys for Plaintiff

ORDER GRANTING PLAINTIFFS' MOTION FOR PRIORITY TRIAL DATE

CASE NO. 3:13-cv-05974-RBL

2 of 2



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654