1

2

3

4

5

6

7

**THE HONORABLE MARSHA J. PECHMAN**

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity,<br><br>               Defendants. | CASE NO. 3:13-cv-05974-RBL<br><br>MOTION, STIPULATION, AND ORDER TO TRANSFER EVIDENCE |

18

19

20

21

22

23

24

25

26

     **COMES NOW** Plaintiffs, by and through their undersigned attorneys of record, hereby move the Court for an order authorizing the transfer into their possession of all evidence—including, but not limited to, physical evidence—retained by Pierce County Superior Court from the proceedings in <u>State of Washington v. Than Serthan Orn</u>, No. 11-1-04711-5.

     This action arises from the shooting of Than Orn. Following the shooting, charges were filed against Orn relating to the shooting and a criminal trial was held in the Pierce County Superior Court in Tacoma, WA, under cause number 11-1-04711-5. Pierce County Superior Court retains the evidence, including physical evidence, presented during those trial proceedings, evidence which Plaintiffs need to prepare for trial in the above captioned matter.

MOTION, STIPULATION, AND ORDER
GRANTING PLAINTIFF'S REQUEST TO
TRANSFER EVIDENCE

Page 1 | CASE NO. 3:13-cv-05974-RBL

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1

2    Under normal circumstances, Plaintiffs' attorneys would review and make copies where

3  possible of this evidence at the Pierce County Courthouse in Tacoma, but due to restrictions

4  enacted at the courthouse to limit the spread of the COVID-19 pandemic, this is no longer

5  possible.  After discussions with the Pierce County Superior Court, it was agreed that it would

6  transfer the evidence, including physical evidence incapable of being copied, to Plaintiffs'

7  attorneys of record for use in the trial of the above captioned matter if authorized by court order.

8  Plaintiffs, after conferring with Defendants who agreed to stipulate to the transfer of evidence

9  of evidence in the custody of the Pierce County Superior Court only, therefore move the Court

10  for an order authorizing the transfer of this evidence, including physical evidence, for the

11  parties' possible use in the civil trial of this matter, following which the evidence will be

12  returned to the custody of the Pierce County Superior Court.

13

14    Dated this 22nd day of September, 2020.

15

16

17    PFAU COCHRAN VERTETIS AMALA PLLC

18

19

20    By: /s/ Darrell L. Cochran
21    Darrell L. Cochran, WSBA No. 22851
22    darrell@pcvalaw.com
23    *Attorneys for Plaintiffs*

21    COCHRAN DOUGLAS, PLLC

22    By: /s/ Loren A. Cochran
23    Loren A. Cochran, WSBA No. 32773
24    loren@cochrandouglas.com
25    *Attorneys for Plaintiffs*

26

MOTION, STIPULATION, AND ORDER
GRANTING PLAINTIFF'S REQUEST TO
TRANSFER EVIDENCE

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE LAW OFFICE OF THOMAS A. BALERUD

By: /s/ Thomas A. Balerud _____
Thomas A. Balerud, WSBA No. 19539
tbalerud@balerudlaw.com
*Attorney for Plaintiff*

TACOMA CITY ATTORNEYS OFFICE

By: /s/ Jean P. Homan _____
Jean P. Homan, WSBA No. 27084
jhoman@cityoftacoma.org
*Attorney for Defendants*

MOTION, STIPULATION, AND ORDER
GRANTING PLAINTIFF'S REQUEST TO
TRANSFER EVIDENCE

Page 3 | CASE NO. 3:13-cv-05974-RBL



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## STIPULATION

Plaintiffs and Defendants hereby stipulate, by and through their undersigned attorneys, that the Pierce County Superior Court may transfer all evidence, including physical evidence, presented during the trial proceedings of <u>State of Washington v. Than Serthan Orn</u>, No. 11-1-04711-5, into Plaintiffs' counsel's possession for use in the trial of the above captioned matter.

By accepting custody of these exhibits and evidence, Plaintiffs agree to provide color copies of any exhibits capable of being copied to the Defendants within five (5) days of receipt of such exhibits.  Further, for any evidence not capable of being copied, Plaintiffs agree to maintain a chain of custody and to make all such evidence available for inspection by the Defendants (including defense experts) within five (5) days of any request for inspection. Finally, for any evidence not capable of being copied, Plaintiffs agree to make such evidence available to the Defendants for use at trial, on the date and at a time of Defendants' choosing, even if that means transferring physical custody of the evidence to the Defendants for such use a trial.  Given that the civil trial in this matter will be conducted by Zoom or some other remote platform, the parties hereto agree to work cooperatively to ensure equal and adequate access to the exhibits which are the subject of the instant motion.

The parties hereto also stipulate and agree that nothing herein shall be construed as an agreement that any the exhibits which are the subject of this order are admissible or may be used in the civil trial pending in the United States District Court, Cause No. 13:3-dv-05974 MJP, and that all objections to admissibility are hereby expressly reserved.



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

 **THIS MATTER**, having come on the Motion, Stipulation, and Order to Transfer Evidence, and the Court finding the motion to be in order; NOW THEREFORE,

 IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' motion is GRANTED.  Pierce County Superior Court shall transfer all evidence, including physical evidence, in its possession from the trial proceedings in <u>State of Washington v. Than Serthan Orn</u>, No. 11-1-04711-5 to Plaintiffs' attorneys of record, subject to the terms and conditions set forth in the Stipulation above.


 Dated this _____ day of September, 2020.


              _____
              MARSHA J. PECHMAN
              Senior United States District Judge



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1

## CERTIFICATE OF SERVICE

2

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of

3

Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's

4

date, I served the foregoing via the Court's Electronic Service System by directing delivery to

5

the following individuals:

6

7

Jean P. Homan
Tacoma City Attorney's Office

8

747 Market Street, Suite 1120
Tacoma, WA 98402

9

jhoman@ci.tacoma.wa.us
*Attorney for Defendants*

10

11

Loren A. Cochran
Cochran Douglas, PLLC

12

4826 Tacoma Mall Blvd, Ste. C
Tacoma, WA 98409

13

*Attorney for Plaintiffs*

14

Thomas A. Balerud
The Law Office of Thomas A. Balerud

15

417 S. G Street
Tacoma, Washington 98405

16

*Attorneys for Plaintiffs*

17

18

DATED this 22nd day of September, 2020.

19

20

  /s/ Sarah Awes

21

Sarah Awes
Legal Assistant

22

23

24

25

26

MOTION, STIPULATION, AND ORDER
GRANTING PLAINTIFF'S REQUEST TO
TRANSFER EVIDENCE

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654