UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THAN ORN, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF TACOMA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C13-5974 MJP<br><br>ORDER DENYING DEFENDANTS' MOTION TO FILE AN OVERLENGTH BRIEF IN SUPPORT OF MOTIONS IN LIMINE |

　　　　This matter comes before the Court on Defendants' Motion to File an Overlength Brief in Support of their Motions in Limine. (Dkt. No. 166.) Defendants ask for an additional 12 pages of briefing beyond the 18 already allotted. Defendants have not made an adequate showing as to why additional pages are necessary. They also have not explained whether and how the parties have met and conferred to reach agreement on any issues that might be raised through their motions in limine. The Court therefore DENIES the Motion and reminds the Parties that they must meet and confer in advance of filing any motions in limine. See Local Rule 7(d)(4).

\\

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated October 14, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge