**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>        Plaintiffs,<br><br> vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity,<br><br>        Defendants. | CASE NO. 3:13-cv-05974-MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT LITIGATION GUARDIAN AD LITEM |

**THIS MATTER** having come before the above Court on Plaintiffs' Motion to Appoint Litigation Guardian ad Litem (Dkt. No. 161); the Court having reviewed Defendants' response (Dkt. No. 174), Plaintiffs' reply (Dkt. No. 175), the records and pleadings herein, and the Court deeming itself fully advised, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that Than Orn is, at times, incompetent for the purposes of this litigation. Than Orn requires protection and assistance to express his interests during times of incapacity and inability due to his medical condition. Based on Than Orn's best interests, this Court appoints Salvador Mungia to serve as Than Orn's Litigation

Guardian ad Litem. Plaintiff's Motion to Appoint Litigation Guardian ad Litem is hereby granted.

Dated this 20th day of October, 2020.

_____
Marsha J. Pechman
United States District Judge