THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THAN ORN, an individual, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISE ORN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TACOMA, a municipal corporation, and: KRISTOPHER CLARK, in his individual capacity,<br><br>Defendants. | NO.  3:13-cv-05974-MJP<br><br>STIPULATION & ORDER FOR WITHDRAWAL OF JEAN P. HOMAN |

### STIPULATON

WHEREAS Anne M. Bremner and Karen L. Cobb of Frey Buck P.S. have appeared as counsel of record on behalf of defendants City of Tacoma and Kristopher Clark (Dkts. 159 and 160); and

WHEREAS Ms. Bremner and Ms. Cobb will be counsel for defendants during the trial of this matter;

STIPULATION & ORDER FOR WITHDRAWAL OF JEAN P. HOMAN -
Page 1 of 4
(3:13-cv-05974-MJP)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755

NOW THEREFORE, the parties hereby stipulate, by and through their undersigned attorneys, to the withdrawal of Jean P. Homan, Deputy City Attorney, and the Tacoma City Attorney's Office as counsel for the defendants herein.

The withdrawal of Jean P. Homan and the City Attorney's Office does not leave the defendants without representation and a copy of this Stipulation and Proposed Order have been provided to the defendants.

DATED this 10th day of November, 2020.

WILLIAM C. FOSBRE

By: */s/ Jean P. Homan*
JEAN P. HOMAN
WSBA#27084
Deputy City Attorney
Attorney for Defendants

FREY BUCK, P.S.

By: */s/ Anne M. Bremner*
ANNE M. BREMNER
WSBA #13269
Attorney for Defendants

FREY BUCK, P.S.

By: */s/ Karen L. Cobb*
KAREN L. COBB
WSBA #34958
Attorney for Defendants

STIPULATION & ORDER FOR WITHDRAWAL OF JEAN P. HOMAN -
Page 2 of 4
(3:13-cv-05974-MJP)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755

PFAU COCHRAN VERTETIS AMALA, PLLC

By:    */s/ Darell L. Cochran*
Darrell L. Cochran, WSBA No. 22851
Thomas B. Vertetis, WSBA No. 29805
Andrew S. Ulmer, WSBA No. 51227
Alexander G. Dietz, WSBA No. 54842
Attorneys for Plaintiffs

COCHRAN DOUGLAS, PLLC

By:    */s/ Loren A. Cochran*
Loren A. Cochran, WSBA No. 32773
Attorney for Plaintiffs

LAW OFFICE OF THOMAS A. BALERUD

By:    */s/ Thomas A. Balerud*
Thomas A. Balerud, WSBA No. 19539
Attorney for Plaintiffs

STIPULATION & ORDER FOR WITHDRAWAL OF JEAN P. HOMAN -
Page 3 of 4
(3:13-cv-05974-MJP)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755

**ORDER**

It is so ordered.

DATED this  10th  day of November, 2020.

_____
HON. MARSHA J. PECHMAN

STIPULATION & ORDER FOR WITHDRAWAL OF JEAN P. HOMAN -
Page 4 of 4
(3:13-cv-05974-MJP)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755