**THE HONORABLE MARSHA J. PECHMAN**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity;<br><br>　　　　　　　　Defendants. | No. 3:13-cv-05974-MJP<br><br>**PROPOSED JOINT NEUTRAL STATEMENT** |

PROPOSED JOINT NEUTRAL STATEMENT

No. 3:13-cv-05974-MJP



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

The parties hereby submit the following joint neutral statement of the case to be read by the Court to the jury.

## NEUTRAL STATEMENT

This is a civil case in which a Tacoma man, Mr. Than Orn, and his children Thalissa Orn, J.O., and C.O., the Plaintiffs, bring claims against the City of Tacoma and it's police officer Kristopher Clark, the Defendants, as a result of events occurring on the night of October 12, 2011. The events began when a Tacoma Police sergeant attempted to conduct a traffic stop of Than Orn's vehicle and culminated in Officer Kristopher Clark shooting multiple rounds at Plaintiff Than Orn.

Plaintiff Than Orn was struck multiple times by Defendant Clark's gunshots. According to medical reports, Mr. Orn suffered complete spinal cord injury and did not recover any function below the L1 level of his spine.  Several year later Mr. Orn subsequently had both of his legs amputated below the knee due to infection.

Plaintiffs bring claims under federal law for the excessive use of force and damaging the parent-child relationship, and under Washington state law for negligence and battery.

Defendants deny all of Plaintiffs' claims and assert that Tacoma Police officers had reasonable suspicion to stop Mr. Orn for a traffic infraction and that while they followed him, they developed probable cause to arrest him.  Defendants deny that Officer Clark used excessive force.  Defendants deny that they are liable for Mr. Orn's damages and also assert that Mr. Orn failed to mitigate his damages.

PROPOSED JOINT NEUTRAL STATEMENT

No. 3:13-cv-05974-MJP | Page 1



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

DATED November 18th, 2020.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By  /s/ Darrell L. Cochran
 Darrell L. Cochran, WSBA No. 22851
 Thomas B. Vertetis, WSBA No. 29805
 Andrew S. Ulmer, WSBA No. 51227
 Alexander G. Dietz, WSBA No. 54842

*Attorneys for Plaintiffs*

**COCHRAN DOUGLAS, PLLC**

By  /s/ Loren A. Cochran
 Loren A. Cochran, WSBA No. 32773

*Attorney for Plaintiffs*

**LAW OFFICE OF THOMAS A. BALERUD**

By  /s/ Thomas A. Balerud
 Thomas A. Balerud, WSBA No. 19539

*Attorney for Plaintiffs*

**FREY BUCK, P.S.**

By  /s/ Anne M. Bremner
 Anne M. Bremner WSBA No. 13269

By  /s/ Karen L. Cobb
 Karen L. Cobb, WSBA No. 34958

*Attorneys for Defendants*



# CERTIFICATE OF SERVICE

I, Andrew S. Ulmer, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jean P. Homan
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
jhoman@ci.tacoma.wa.us

Anne M. Bremner
Karen L. Cobb
Frey Buck, P.S.
1200 Fifth Ave, Suite 1900
Seattle, WA 98101
abremner@freybuck.com
kcobb@freybuck.com

DATED this 18th day of November, 2020.

/s/ Andrew S. Ulmer
Andrew S. Ulmer
Associate Attorney

PROPOSED JOINT NEUTRAL STATEMENT

No. 3:13-cv-05974-MJP | Page 3



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654