1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**THE HONORABLE MARSHA J. PECHMAN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,

                Plaintiffs,

    vs.

CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity;

                Defendants.

No. 3:13-cv-05974-MJP

**PRETRIAL ORDER**

PARTIES' JOINT PRETRIAL ORDER



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## JURISDICTION

This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331.

This Court has supplemental subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

## CLAIMS AND DEFENSES

**(A)** **Plaintiffs will pursue the following claims at trial:**

1.   42 U.S.C. § 1983: Violation of Fourth Amendment as to Kristopher Clark. Plaintiff Than Orn asserts that Kristopher Clark violated the Fourth Amendment's clearly established prohibitions against excessive force when he employed the use of deadly force against Than Orn for failing to yield or failing to obey instructions without any objectively reasonable belief that Orn posed an immediate threat of harm to himself or others.  Than Orn was unarmed and was not suspected of a violent criminal offense.  Moreover, Orn was driving out of the path of police officers at an extremely slow speed, but Clark affirmatively created a danger by unlawfully establishing a roadblock which endangered his partner officer, getting out of his vehicle against orders, drawing his gun, chasing the path of Orn's vehicle, and firing 10 rounds at Orn through the passenger side and rear of Orn's vehicle with deliberate indifference to the safety of Orn and those in the immediate vicinity.

2.   42 U.S.C. § 1983: Violation of the Fourth and Fourteenth Amendment as to City of Tacoma – *Monell* Claim.  Plaintiffs allege that the City of Tacoma violated the Fourth and Fourteenth Amendment.  Defendant City of Tacoma and the Tacoma Police Department have customs, policies, and practices that amount to deliberate indifference to the rights of persons with whom its officers regularly come into contact, including nonviolent suspects like Than

PARTIES' JOINT PRETRIAL ORDER



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Orn.  Defendants City of Tacoma and the Tacoma Police Department, with deliberate indifference, failed to train the Tacoma Police Department's law enforcement officers and failed to adopt and implement policies for, among other things, the use of de-escalation techniques, non-lethal tactics, proper nonviolent suspect apprehension techniques, and the decision-making process that should accompany use of deadly force.[1]  The failure by Defendant City of Tacoma and the Tacoma Police Department to adequately and appropriately train its officers and employee amounts to deliberate indifference to the rights of the persons with whom the Tacoma Police Department's employees regularly come into contact, including nonviolent suspects like Than Orn.  It was highly predictable that Defendant's failures would result in constitutional violations, like those that occurred in this case.   Plaintiff's permanently debilitating injuries are the foreseeable consequence of the Tacoma Police Department's failure to equip its law enforcement officers with the necessary training and tools to handle recurring situations, such as those involving a nonviolent suspect failing to yield or failing to obey an officer's instructions.  The actions of the officers involved, which deprived the Plaintiff of his Constitutional rights, conformed to official policy, custom, and practice of Defendant City of Tacoma.  Defendant City of Tacoma and the Tacoma Police Department's policy of shooting an unarmed individual failing to yield, but avoiding officers and driving at an extremely low speed is blatantly unconstitutional and jeopardizes the safety of all citizens, as evidenced by the police shooting of Than Orn.  Moreover, Defendant City of Tacoma has ratified the conduct of Defendant Clark in relation to the injuries of Than Orn, by refusing to appropriately sanction Defendant Clark for his actions.  Furthermore, the actions of the City of Tacoma and its police

---

[1] Plaintiffs understand that Defendants believe that Judge Leighton dismissed claims brought under § 1983 in his summary judgment order. Dkt. 124.  This order dismissed Plaintiffs' state law negligent hiring, training and supervision claim.

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 2



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

officers resulted in the disintegration of Than Orn's marriage and the destruction of the parent-child relationship between Than Orn and his children J.O., C.O., and Thalisa Orn.

3.     Battery as to Kristopher Clark.  Defendant Kristopher Clark intentionally shot plaintiff Than Orn multiple times in the back and spine and other parts of his body without provocation, license or justification.  The acts of Defendant Clark were done with intent to cause harmful or offensive contact or an apprehension by Than Orn of such contact.

4.     Negligence as to City of Tacoma.  Defendant City of Tacoma was responsible for the actions of its agents and employees under the theory of *respondeat superior*.  Defendant City of Tacoma, through its employees, including the named individual defendant Kristopher Clark and the officers who engaged in a police pursuit of Than Orn, owed a duty to use reasonable care with regard to its attempts to take Than Orn into police custody.  Defendant City of Tacoma, through its employees, including the named individual defendant Kristopher Clark and the officers who engaged in a police pursuit of Than Orn, violated that duty through the following activities, including but not limited to, engaging in a police pursuit against policy, blocking all avenues of exit against policy, and firing a weapon into the rear of a moving vehicle.

**(B)     Defendants will pursue the following defenses at trial:**

1.     Claims Dismissed on Summary judgment

As an initial matter, defendants assert that the pretrial order should not contain any mention of their "failure to train" claims as all such claims, both federal and state, were dismissed on summary judgment. *Dkt* 124.



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

a.   _Monell_ Claim

The only _Monell_ claim remaining against the City is based upon plaintiffs' theory of ratification.  Judge Leighton held that:

> Municipalities are required to review police shootings and carefully determine whether the shooting complied with local policy, and then determine whether or not discipline is appropriate. A rational jury could find that Clark's decision to shoot was not constitutionally justified, and that Tacoma ratified that unconstitutional decision by determining it was lawful and within policy.

Summary judgment on the _Monell_ claim against Tacoma is accordingly **DENIED.** _Dkt_ 124, p. 12:11-15. Plaintiffs did not address Defendants' summary judgment motion related to the hiring, training and supervision claim, but instead changed to the ratification argument, upon with summary judgment was denied. Id.

b.   State negligence claims

Plaintiffs admit that the state claim based upon "hiring, training and supervision was dismissed on summary judgment."  _See_ FN 1, _supra_; _see also Dkt_ 124, pp. 15:3-16:2.  As such, the "negligence" claim plaintiffs allege is still survives cannot be based upon negligent hiring, training or supervision.  In fact, Judge Leighton's order makes clear that the "negligence" claim that remains is on based upon respondeat superior, premised solely upon a finding that Officer Clark committed the intentional act of "battery."  _Dkt_ 124, p. 16:4-7:

> Plaintiffs' negligence claim seeks to hold the City responsible for the actions of its agents, which Defendants acknowledge were acting within the course and scope of their employment. As such, if the jury finds Officer Kristopher Clark liable for the battery of Than Orn, the City of Tacoma is ultimately responsible for the actions of its agents and employees.

2.   Failure to mitigate – Than Orn.  The defendants allege that Than Orn failed to mitigate his damages by refusing to follow medical advice, by failing to take reasonable steps to meet hygiene requirements, by repeatedly refusing recommended treatment and by

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 4



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

continuing to ingest illegal substances, all of which resulted in new and avoidable medical conditions.

3.     <u>Failure to mitigate as to the destruction of the parent/child relationships</u>. The defendants allege that the destruction of the parent/child relationship between Than Orn and the other plaintiffs is the result of Than Orn's own actions and decisions, including, but not limited to, his significant, ongoing use of illicit substances.

3.     <u>No Causation</u>.  The defendants allege that the destruction of the parent/child relationship was not caused by the defendants' actions.  Instead, the relationship was impacted by Clarisse Orn's decision not to expose her children to Than Orn and by Than Orn's illicit drug use, which predated the defendants' actions.

4.     <u>Qualified Immunity</u>.  The defendants allege that Officer Clark is entitled to qualified immunity where he acted reasonably under the totality of the circumstances.

5.     <u>Punitive Damages</u>.  The defendants allege that plaintiffs cannot establish the existence of circumstances sufficient to allow for an award of punitive damages against Officer Clark.  Punitive damages cannot be awarded against a municipality.

## **<u>ADMITTED FACTS</u>**

1.     On October 12, 2011, at or around 8:30 p.m., Plaintiff Than Orn was in South Tacoma driving his family car, which was registered to his wife, Clarisse Orn, and to his home address.

2.     At or about that same time, Tacoma Police Department (TPD) Patrol Sgt. Alan Morris attempted a traffic stop of Orn because Orn was driving without headlights.

3.     A short time after attempting the traffic stop, Morris called over the police radio system to report that Orn would not stop the vehicle.  Approximately five (5) minutes after he

PARTIES' JOINT PRETRIAL ORDER



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

began following Orn, Morris told dispatch the vehicle was not driving recklessly, just that the driver allegedly would not stop.

4.      At or about 8:43 p.m., Than Orn continued on toward his apartment complex located at 6634 Tacoma Mall Boulevard.

5.      At approximately 8:46 p.m., Orn pulled into his apartment complex with TPD K-9 Officer David Johnson directly behind him.

6.      At or about this same time, Defendant Kristopher Clark was positioned at or very near the north entrance to the parking lot of Than Orn's apartment complex waiting for Orn to arrive.

7.      At some point after Plaintiff Orn pulled into his apartment complex via the south entrance to the parking lot, Defendant Kristopher Clark exited his police vehicle. Defendant Clark is the only TPD officer to draw and fire his weapon at Orn.

8.      Defendant Clark fired his weapon multiple times in the direction of Plaintiff Than Orn's vehicle.  Plaintiff Than Orn was struck multiple times in the neck, right shoulder and back by Defendant Clark's gunshots.  According to medical reports, Orn suffered complete spinal cord injury (SCI) at the L2-L3 vertebra due to a bullet lodged in his spine.  Plaintiff also suffered cervical spine trauma including fractures of the fourth, fifth and sixth cervical vertebrae transverse process, as well as a fracture to his right scapula.  Plaintiff Orn did not recover any function below the L1 level of his spine.

## ISSUES OF LAW

It is plaintiffs' position that Judge Ronald B. Leighton has ruled on Defendants' Motion for Summary Judgment, including a determination that qualified immunity does not apply in this case.  This ruling was affirmed by the Ninth Circuit.  Plaintiffs believe that the only

PARTIES' JOINT PRETRIAL ORDER

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

remaining legal issues, outside of evidentiary rulings, relate to punitive damages and the award of attorney fees and costs in the event Plaintiffs prevail on their civil rights claims.  Plaintiffs believe that all other matters, including causation, present questions of fact for the jury.

Defendants assert that, in addition to evidentiary rulings, the following issues of law remain to be addressed at trial.

**Qualified Immunity as to Officer Clark**

Judge Ronald B. Leighton denied Defendants' Motion for Summary Judgment, including a determination that qualified immunity should not be granted to Officer Clark based upon viewing the facts in the light most favorable to Plaintiffs.  The denial of qualified immunity has been affirmed by the Ninth Circuit.  Defendants note, however, that the Ninth Circuit indicated that factual disputes between the versions of the events presented by Plaintiff Than Orn and by Officer Clark must be resolved by the jury, not by a court adjudicating a motion for summary judgment. *Orn v. City of Tacoma*, 949 F.3d 1167, 1181 (2020) ("When the facts are viewed in the light most favorable to Orn, as they must be at this point in the litigation, Clark had 'fair and clear warning of what the Constitution requires.'  What Clark most forcefully contests is whether his alternative account of the shooting should be accepted as true. Factual disputes of that order must be resolved by a jury, not by a court adjudicating a motion for summary judgment.)  Defendants assert that if at trial they can establish alternative facts supporting Officer Clark's version of events, they may again seek a finding of qualified immunity as to Officer Clark.

**Causation**

Plaintiffs assert that all of Plaintiff Than Orn's medical treatment and current conditions were caused by Defendants' conduct. Defendants assert that Plaintiffs cannot establish

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

causation as to a significant amount of Plaintiffs' damages as those damages were caused by Plaintiff Than Orn's own conduct, ongoing drug use and resultant conditions, not Defendants' conduct.

### Punitive Damages as to Defendant Clark under 42 U.S.C. § 1983

Under Washington law, punitive damages are not available on any state claim against either Defendant. *Dailey v. N. Coast Life Ins. Co.*, 129 Wn.2d 572, 574, 919 P.2d 589, 590 (1996). As to the federal claims, municipalities are immune from punitive damages under § 1983. *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 271, 101 S. Ct. 2748, 2762, 69 L. Ed. 2d 616 (1981).

As to the federal excessive force claim against Defendant Clark, Defendants assert that punitive damages are not appropriate based upon the facts of this case and the standard under which an award of punitive damages must be measured.

Plaintiffs disagree with defendants' position on the issue of punitive damages and assert that the jury should be instructed on punitive damages and decide whether to award punitive damages against Defendant Kristopher Clark.

### <u>EXPERT WITNESSES</u>

**(A)   On behalf of Plaintiffs:**

1.   Neil Robert Bennett (will call)
     OSC Vocational Systems, Inc.
     10132 NE 185th St
     Bothell, WA 98011

Neil Robert Bennett has specialized training, background, and expertise in economic analysis. He will provide testimony based on his review of records. He has provided a report in this case and has been deposed.



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

2.   Cloie Johnson (will call)
OSC Vocational Systems, Inc.
10132 NE 185th St
Bothell, WA 98011

Cloie Johnson has specialized training, background, and expertise in rehabilitation and vocational assessment.  She will provide testimony based on her review of records.  She has provided a report in this case and has been deposed.

3.   Kenneth Muscatel, Ph.D. (will call)
411 12th Avenue, Suite 305
Seattle, WA 98122

Kenneth Muscatel, Ph.D. has specialized training, background, and expertise in psychology.  He will provide testimony based on his review of records.  He has provided a report in this case and has been deposed.

4.   Virtaj Singh, MD (will call)
Seattle Spine & Sports Medicine
3213 Eastlake Ave East, Suite A
Seattle, WA 98102

Virtaj Singh, MD has specialized training, background, and expertise in physical medicine and rehabilitation.  He will provide testimony based on his review of records.  He has provided a report in this case and has been deposed.

5.   Kay M. Sweeney (will call)
KMS Forensics, Inc.
P.O. Box 2458
Kirkland, WA 98083

Kay M. Sweeney has specialized training, background, and expertise in forensic science.  He will provide testimony based on his review of records.  He has provided a report in this case and has been deposed.

6.   Edward A. Leach (will call)
P.O. Box 2088
Coeur d'Alene, ID 83816

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 9

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Edward A. Leach has specialized training, background, and expertise in law enforcement practices. He will provide testimony based on his review of records. He has provided a report in this case and has been deposed.

**(B)** **On behalf of Defendants:**

1. Rebecca Bellerive, RN, CDMS, CCM, CLCP *(will testify)*
   5500 Olympic Drive, Suite H105, PMB 244
   Gig Harbor, WA 98335
   (253) 649-0314

Ms. Bellerive is a registered nurse and certified life care planner who may testify regarding plaintiff Than Orn's possible future care and needs as it relates to the incident of October 12, 2011 as outlined in her report.

2. John Hunter (Expert) *(will testify)*
   Investigative Training Services, Inc.
   PO Box 16487
   Seattle, WA 98116
   (425) 788-7590

Mr. Hunter is an accident reconstruction expert who may testify regarding his findings and conclusions from his review of reports, photographs and inspection of the accident site as outlined in his report.

3. Jennifer James, M.D. *(will testify)*
   Northwest Physical Medicine
   801 Pine Street, Suite 100
   Seattle, WA 98101
   (206) 226-9183

Dr. James is board certified in Physical Medicine and Rehabilitation and Spinal Cord Injury Medicine and is expected to testify as her evaluation and assessment of plaintiff Than Orn and any recommended treatment as it relates to Mr. Orn's long-term prognosis as outlined in her reports.

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1

2       4.      Matthew Noedel  *(will testify)*
                13002 151st Street East
3               Puyallup, WA 98374
                (253) 227-5880
4

5               Mr. Noedel is a forensic scientist specializing in ballistics, firearms, crime scene

6       examination and crime scene reconstruction.  Mr. Noedel is expected to testify regarding the

7       forensic aspects of the shooting as it relates to Plaintiff Than Orn's injuries, as outlined in his

8       report.

9

10      5.      William Partin, CPA, ABV, MAFF  *(will testify)*
                400 108th Avenue NE, Suite 615
11              Bellevue, WA 98004
                (425) 455-0303
12

13              Mr. Partin is a Certified Public Accountant who may testify regarding plaintiff

14      Than Orn's economic damages as outlined in his reports.

15      6.      Urey W. Patrick  (Expert)  *(will testify)*
                Patrick Consulting
16              309 Sage Road
                Virginia Beach, VA  23456
17              757-426-6389

18              Mr. Patrick is expected to testify concerning the police procedures and the force

19      used by Officer Kristopher Clark during the October 12, 2011, pursuit and shooting of Than

20      Orn, given the circumstances and information available to Officer Clark at the time of the

21      incident as outlined in his report.

22

23      7.      Jennifer Piel, J.D., M.D.   (Expert)  *(will testify)*
                4111 E. Madison Street, Suite 357
24              Seattle, WA 98112
                (206) 295-9114
25

26



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1
2
3
4

Dr. Piel is board certified in psychiatry, neurology and forensic psychiatry.  Dr. Piel will testify regarding her records review, psychiatric testing, examination and assessment of plaintiff Than Orn as outlined in her reports.

5
6
7
8
9

       8.      Thomas Wickizer, Ph.D., MPH   (Expert)  *(will testify)*
               Chair, Division of Health Services Management and Policy
               College of Public Health
               202 Cunz Hall
               1841 Neil Avenue
               Ohio State University
               Columbus, OH  43210
               (614) 688-3854

10
11
12

Dr. Wickizer will testify regarding the reasonable value of medical treatment and services provided to plaintiff Than Orn and any anticipated medical treatment and services that may be provided to Mr. Orn in the future as outlined in his report.

13
14
15
16

       9.      Elizabeth Ziegler, Ph.D.  (Expert)  *(will testify)*
               Clinical and Forensic Neuropsychology
               421 West Riverside Ave, Suite 717
               Spokane, WA 99201
               (509) 995-9265

17
18
19
20

Dr. Ziegler is a psychologist and neuropsychologist who will testify regarding her records review, neuropsychological testing, examination and assessment of plaintiff Than Orn as outlined in her reports.

## <u>OTHER WITNESSES</u>

21

**(A)**      **On behalf of Plaintiffs:**

22
23
24

    1.      Michael Ake (may call)
             c/o Jean Homan
             747 Market Street, Suite 1120
             Tacoma, WA 98402
             (253) 591-5629

25
26



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1      Michael Ake may testify regarding his review of the circumstances surrounding the

2  events of October 12, 2011 and his determination that Tacoma Police Department officers'

3  actions related to those events were within departmental policy.

4          2.    Daniel Bortle (may call)

5              c/o Jean Homan
            747 Market Street, Suite 1120

6              Tacoma, WA 98402
            (253) 591-5629

7      Daniel Bortle may testify regarding his observations and actions relating to the events

8  of October 12, 2011.

9          3.    Steven Butts (will call)

10              c/o Jean Homan
            747 Market Street, Suite 1120

11              Tacoma, WA 98402
            (253) 591-5629

12      Steven Butts will testify regarding his observations and actions relating to the events of

13  October 12, 2011.

14          4.    Kristopher Clark (will call)

15              c/o Jean Homan
            747 Market Street, Suite 1120

16              Tacoma, WA 98402
            (253) 591-5629

17      Kristopher Clark will testify regarding his observations and actions relating to the events

18  of October 12, 2011.

19          5.    Robert DeNully (will call)

20              c/o Jean Homan
            747 Market Street, Suite 1120

21              Tacoma, WA 98402
            (253) 591-5629

22      Robert DeNully will testify regarding his observations and actions relating to the events

23  of October 12, 2011.

24          6.    David Johnson (may call)

25              c/o Jean Homan
            747 Market Street, Suite 1120

26              Tacoma, WA 98402
            (253) 591-5629

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 13

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

David Johnson may testify regarding his observations and actions relating to the events of October 12, 2011.

    7.    Richard Kim (may call)
        c/o Jean Homan
        747 Market Street, Suite 1120
        Tacoma, WA 98402
        (253) 591-5629

Richard Kim may testify regarding his observations and actions relating to the events of October 12, 2011.

    8.    Gene Miller (will call)
        c/o Jean Homan
        747 Market Street, Suite 1120
        Tacoma, WA 98402
        (253) 591-5629

Gene Miller will testify regarding his observations and actions relating to the events of October 12, 2011.

    9.    Alan Morris (will call)
        c/o Jean Homan
        747 Market Street, Suite 1120
        Tacoma, WA 98402
        (253) 591-5629

Alan Morris will testify regarding his observations and actions relating to the events of October 12, 2011.

    10.    Donald Ramsdell (will call)
          c/o Jean Homan
          747 Market Street, Suite 1120
          Tacoma, WA 98402
          (253) 591-5629

Donald Ramsdell will testify regarding his review of the circumstances surrounding the events of October 12, 2011 and his determination that Tacoma Police Department officers' actions related to those events were within departmental policy.

    11.    Donald Rose (will call)
          c/o Jean Homan
          747 Market Street, Suite 1120
          Tacoma, WA 98402
          (253) 591-5629

**PFAU COCHRAN**
**VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Donald Rose will testify regarding his observations and actions relating to the events of October 12, 2011.

12. Than Orn (will call)
    c/o Pfau Cochran Vertetis Amala
    909 A Street, Suite 700
    Tacoma, WA 98402

Than Orn is the plaintiff in this case. He has been deposed and will provide testimony about the underlying incident and the damages stemming therefrom.

13. Clarisse Orn (will call)
    c/o Pfau Cochran Vertetis Amala
    909 A Street, Suite 700
    Tacoma, WA 98402

Clarisse Orn is the natural mother of minor children J.O. and C.O. She will provide testimony about the underlying incident and the damages stemming therefrom.

14. C.O. (may call)
    c/o Pfau Cochran Vertetis Amala
    909 A Street, Suite 700
    Tacoma, WA 98402

C.O. is the natural child of Plaintiffs Than Orn and Clarisse Orn. She may provide testimony about the underlying incident and the damages stemming therefrom.

15. J.O. (may call)
    c/o Pfau Cochran Vertetis Amala
    909 A Street, Suite 700
    Tacoma, WA 98402

J.O. is the natural child of Plaintiffs Than Orn and Clarisse Orn. He may provide testimony about the underlying incident and the damages stemming therefrom.

16. Thalisa Orn (may call)
    c/o Pfau Cochran Vertetis Amala
    909 A Street, Suite 700
    Tacoma, WA 98402

Thalisa Orn is the natural child of Plaintiff Than Orn. She may provide testimony about the underlying incident and the damages stemming therefrom.

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 15

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

17.   Salvador Mungia (will call)
      c/o Pfau Cochran Vertetis Amala
      909 A Street, Suite 700
      Tacoma, WA 98402

Salvador Mungia is Than Orn's appointed Litigation Guardian Ad Litem (LGAL).  He will provide testimony about his role as Than Orn's LGAL.

Defendants object to the identification of Mr. Mungia as a trial witness.  He was appointed weeks ago, yet just listed as a witness on November 17, 2020.  Further, any testimony by Mr. Mungia would be improper and highly prejudicial, confuse the jury and invoke speculation by the jurors, especially given plaintiffs' denial that Mr. Orn is incompetent and will available to provide his own testimony.

18.   Dr. Alexander Mohit (will call)
      MultiCare Tacoma General Hospital
      315 M.L.K. Jr. Way
      Tacoma, WA 98405

Dr. Alexander Mohit treated Plaintiff in this case. He will provide testimony about the damages stemming from the underlying incident.

19.   Dr. Michelle Strong (may call)
      MultiCare Tacoma General Hospital
      315 M.L.K. Jr. Way
      Tacoma, WA 98405

Dr. Michelle Strong treated Plaintiff in this case. She will provide testimony about the damages stemming from the underlying incident.

20.   James Martin, PA-C (may call)
      MultiCare Tacoma General Hospital
      315 M.L.K. Jr. Way
      Tacoma, WA 98405

James Martin, PA-C treated Plaintiff in this case. He may provide testimony about the damages stemming from the underlying incident.

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 16

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

21.  Nona Govella, RN (may call)
     MultiCare Tacoma General Hospital
     315 M.L.K. Jr. Way
     Tacoma, WA 98405

Nona Govella, RN treated Plaintiff in this case. She may provide testimony about the damages

stemming from the underlying incident.

22.  Dr. Francis Wessbecher (may call)
     MultiCare Tacoma General Hospital
     315 M.L.K. Jr. Way
     Tacoma, WA 98405

Dr. Francis Wessbecher treated Plaintiff in this case. He may provide testimony about the

damages stemming from the underlying incident.

23.  Dr. Fred Thompson (may call)
     MultiCare Tacoma General Hospital
     315 M.L.K. Jr. Way
     Tacoma, WA 98405

Dr. Fred Thompson treated Plaintiff in this case. He may provide testimony about the damages

stemming from the underlying incident.

**(B)     On behalf of Defendants:**

1.     Officer Daniel Bortle   *(will testify)*
       c/o Jean Homan
       747 Market Street, Suite 1120
       Tacoma, WA 98402
       (253) 591-5629

       Officer Bortle may testify regarding his observations and actions relating to the

events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

2.     Tifni Buchanan  *(will testify)*
       South Sound 911
       945 Tacoma Avenue South
       Tacoma, WA  98402
       (253) 798-6588

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 17

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Ms. Buchanan will testify about the Computer Aided Dispatch (CAD) system and the records obtained from the CAD system.

3.  Officer Steven Butts  *(will testify)*
    c/o Jean Homan
    747 Market Street, Suite 1120
    Tacoma, WA 98402
    (253) 591-5629

Officer Butts may testify regarding his observations and actions relating to the events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

4.  Officer Kristopher Clark *(will testify)*
    c/o Jean Homan
    747 Market Street, Suite 1120
    Tacoma, WA 98402
    (253) 591-5629

Defendant Officer Clark will testify regarding his observations and actions relating to the events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

5.  Officer Robert DeNully  *(may testify)*
    c/o Jean Homan
    747 Market Street, Suite 1120
    Tacoma, WA 98402
    (253) 591-5629

Officer DeNully may testify regarding his observations and actions relating to the events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

6.  Forensic Specialist Paul DePoister (*will testify*)
    c/o Jean Homan
    Tacoma City Attorney's Office
    747 Market Street, Suite 1120
    Tacoma, WA  98402
    (253) 581-5885

Specialist DePoister may testify, if necessary, about the photographs of the evidence

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

collected as a result of the shooting, taken by Specialist DePoister prior to the evidence being released to plaintiff's retained forensic expert, Kay Sweeney, as well as his processing of the palm print on the Orn vehicle.

      7.    Lamarcus Gholston *(may testify)*
           14523 "C" Street, Apt. 12
           Tacoma, WA 98444
           (253) 754-4694

Mr. Gholston may testify regarding his observations regarding the events of October 12, 2011.

      8.    Sergeant Henry Gill (retired)  *(may testify)*
           Officer Mike Rowbottom
           c/o Jean Homan
           747 Market Street, Suite 1120
           Tacoma, WA 98402
           (253) 591-5629

Sergeant Gill or Officer Rowbottom may testify about use of force training provided to officers by the Department, including, but not limited to, range training and scenario-based training.

      14.    Sergeant David Johnson  *(may testify)*
           c/o Jean Homan
           747 Market Street, Suite 1120
           Tacoma, WA 98402
           (253) 591-5629

Sergeant Johnson may testify regarding his observations and actions relating to the events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

      15.    Sergeant Richard Kim  *(may testify)*
           c/o Jean Homan
           747 Market Street, Suite 1120
           Tacoma, WA 98402
           (253) 591-5629

Sergeant Kim may testify regarding his observations and actions relating to the events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

      16.    Sergeant Richard Kim  *(may testify)*
           c/o Jean Homan

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 19

**PFAU COCHRAN**
**VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5629

Sergeant Kim may testify regarding his observations and actions relating to the events of

October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

    17.    Asa Louis, Forensic Scientist  *(will testify)*
              Washington State Patrol Toxicology Laboratory
              2203 Airport Way South, Suite 360
              Seattle, WA 98134
              (206) 262-6100

              Mr. Louis may testify regarding his testing and analysis of Than Orn's blood sample,

and subsequent report.

    18.    Michelle Martin  *(will testify)*
              621 Washington Ct SW
              Mukilteo, WA 98275

              Ms. Martin is the mother of Plaintiff Thalisa Orn and ex-wife of Plaintiff Than Orn.

Ms. Martin may testify regarding her knowledge, observations and interactions with plaintiffs.

    19.    Detective Gene Miller (former TPD)  *(may testify)*
              c/o Jean Homan
              747 Market Street, Suite 1120
              Tacoma, WA 98402
              (253) 591-5629

Detective Miller may testify regarding his observations and actions relating to the events of

October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

    20.    Than Orn  *(will testify)*
              c/o Pfau Cochran Vertetis Amala, PLLC
              911 Pacific Avenue, Suite 200
              Tacoma, WA 98402
              (253) 777-0799

    21.    Thalisa Orn  *(will testify)*
              c/o Pfau Cochran Vertetis Amala, PLLC
              911 Pacific Avenue, Suite 200
              Tacoma, WA 98402
              (253) 777-0799

    22.    C.O.    *(may testify)*
              c/o Pfau Cochran Vertetis Amala, PLLC

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
(253) 777-0799

23.     J.O.     *(may testify)*
        c/o Pfau Cochran Vertetis Amala, PLLC
        911 Pacific Avenue, Suite 200
        Tacoma, WA 98402
        (253) 777-0799

24.     Clarissa Orn  *(will testify)*
        c/o Pfau Cochran Vertetis Amala, PLLC
        911 Pacific Avenue, Suite 200
        Tacoma, WA 98402
        (253) 777-0799

Plaintiffs may testify regarding the events of October 12, 2011, and their alleged injuries and treatments.

25.     They Prim   *(may testify)*
        1504 E. 97th Street
        Tacoma, WA 98445

Mr. Prim is the father of plaintiff Than Orn and may testify regarding his knowledge, observations and interactions with plaintiff Than Orn.

26.     Tacoma Police Chief Don Ramsdell  *(may testify)*
        c/o Jean Homan
        Tacoma City Attorney's Office
        747 Market Street, Suite 1120
        Tacoma, WA  98402
        (253) 581-5885

Chief Ramsdell may testify about his review of the circumstances surrounding the shooting and his determination that the officer's use of force was reasonable and within departmental policy.

27.     Officer Donald Rose  *(will testify)*
        c/o Jean Homan
        747 Market Street, Suite 1120
        Tacoma, WA 98402
        (253) 591-5629

Officer Rose may testify regarding his observations and actions relating to the events of October 12, 2011, and documented in Tacoma Police Incident Report No. 11-2851184.

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 21

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

28.     Shane Smith  *(may testify)*
        6830 Tacoma Mall Blvd, Apt. 102
        Tacoma, WA 98409
        (206) 550-3867

        Mr. Smith may testify regarding his observations regarding the events of October 12, 2011.

29.     Deshawna Smith Veasley  *(may testify)*
        218 Camden Crossing
        Clarksville, TN  37040
        (917) 564-7771

        Ms. Veasley may testify regarding her observations regarding the events of October 12, 2011.

30.     Pierce County Prosecutor's Office (*may testify*)
        c/o Jean Homan
        747 Market Street, Suite 1120
        Tacoma, WA 98402
        (253) 591-5629

A representative of the Pierce County Prosecutor's Office may testify regarding Plaintiff Than Orn's acquittal on the criminal charges, including the jury instructions and varying burden of proof.

## EXHIBITS

See Exhibit List attached as Exhibit A.

## ACTION BY THE COURT

(a)     This case is scheduled for trial before a jury on November 23, 2020.

(b)     Trial briefs shall be submitted to the court on or before October 30, 2020.

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 22

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1
2
3
4

(c)     Jury instructions requested by either party shall be submitted to the court on or before October 30, 2020.  Suggested questions of either party to be asked of the jury by the court in voir dire shall be submitted to the court on or before October 30, 2020.

This order has been approved by the parties as evidenced by the signatures of their counsel.  This order shall control the subsequent course of the action unless modified by a subsequent order.  This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

Dated this 19th day of November, 2020.

_____
Marsha J Pechman
United States District Judge

Approved by the undersigned and dated this 18th day of November, 2020.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By  /s/ Darrell L. Cochran
        Darrell L. Cochran, WSBA No. 22851
        Thomas B. Vertetis, WSBA No. 29805
        Andrew S. Ulmer, WSBA No. 51227
        Alexander G. Dietz, WSBA No. 54842

        *Attorneys for Plaintiffs*

**COCHRAN DOUGLAS, PLLC**

PARTIES' JOINT PRETRIAL ORDER

No. 3:13-CV-05974-MJP | Page 23

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

By  /s/ Loren A. Cochran
    Loren A. Cochran, WSBA No. 32773

*Attorney for Plaintiffs*

**LAW OFFICE OF THOMAS A. BALERUD**

By  /s/ Thomas A. Balerud
    Thomas A. Balerud, WSBA No. 19539

*Attorney for Plaintiffs*

**FREY BUCK, P.S.**

By  /s/ Anne M. Bremner
    Anne M. Bremner WSBA No. 13269

By  /s/ Karen L. Cobb
    Karen L. Cobb, WSBA No. 34958

*Attorneys for Defendants*



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654