**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>                        Plaintiffs,<br><br>vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity,<br><br>                        Defendants. | CASE NO. 3:13-cv-05974-MJP<br><br>PLAINTIFFS' OFFER OF PROOF REGARDING TACOMA POLICE DEPARTMENT'S ROADBLOCK POLICIES |



## I.     INTRODUCTION AND RELIEF REQUESTED

Plaintiffs intend to publish for the jury in opening and then admit at trial policies implemented by the Tacoma Police Department ("TPD") relating to the use of roadblocks by TPD officers. Cochran Dec., Ex. 1 (*TPD Manual – Vehicle Operations*, Plaintiffs' Trial Exhibit No. 216); Ex. 2 (*TPD Professional Standards Sub-Section 3.2, Vehicle Operations*, Plaintiffs' Trial Exhibit No. 236). Defendants object to the admissibility of these policies. Dkt. 203, Pg. 17, 19 (*Exhibit List*). Therefore, Plaintiffs submit this offer of proof to the Court.

Defendants object to the inclusion of these policies on the basis that they were not the policies in effect at the time of the shooting. Cochran Dec., Ex. 3, at 36:17-38:11 (*Deposition of Chief of Police Donald Ramsdell*). The record shows that Defendants are wrong. TPD's General Directive dated May 30, 2012, establishes that the omission of policies relating to the use of roadblocks from TPD's Policy Book and Procedure Manual during the transition from a physical to electronic Policy Book was inadvertent. Cochran Dec., Ex. 4 (*TPD General Directive*, Plaintiffs' Trial Exhibit No. 229). During the deposition of Chief of the Tacoma Police Department Donald Ramsdell, this issue was squarely addressed:

> **Q.** (By Mr. Cochran) Chief, was there any specific decision made, at any point, by the Tacoma Police Department, since you have been chief, to omit the policy regarding the use of roadblocks within TPD?
>
> **A.** No.
>
> **Q.** The intent of TPD was that roadblocks should still be a policy, just as it was back in 1996, as we saw in Exhibit No. 22, correct?
>
> **MS. HOMAN:** Object as to form.
>
> **Q.** (By Mr. Cochran) Go ahead, Chief.
>
> **A.** Yes, that's currently-- I believe it is still currently a policy.

PLAINTIFFS' OFFER OF PROOF REGARDING
TACOMA POLICE DEPARTMENT'S ROADBLOCK
POLICIES

Page 1 | CASE NO. 3:13-cv-05974-MJP

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**Q.** In October of 2011 was it TPD's desire not to have that same policy in effect, that roadblocks should not be employed, except as a last resort, necessitating the application of deadly force to a life-threatening suspect?

**A.** No, not to my knowledge.

Cochran Dec., Ex. 1, at 38-39.

## II. EVIDENCE RELIED UPON

This memorandum relies upon the existing file on record and the Declaration of Darrell L. Cochran.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully ask the Court to permit counsel to publish Exhibit Nos. 216 and 236 in opening statement and to present these policies to witnesses and admit them as evidence during trial in accordance with the rules of evidence.

DATED this 22nd day of November, 2020.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By  /s/ Darrell L. Cochran
    Darrell L. Cochran, WSBA No. 22851
    Thomas B. Vertetis, WSBA No. 29805
    Andrew S. Ulmer, WSBA No. 51227
    Alexander G. Dietz, WSBA No. 54842

*Attorneys for Plaintiffs*

**COCHRAN DOUGLAS, PLLC**

PLAINTIFFS' OFFER OF PROOF REGARDING TACOMA POLICE DEPARTMENT'S ROADBLOCK POLICIES

Page 2 | CASE NO. 3:13-cv-05974-MJP

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        By  /s/ Loren A. Cochran
            Loren A. Cochran, WSBA No. 32773

            *Attorney for Plaintiffs*

**LAW OFFICE OF THOMAS A. BALERUD**

        By  /s/ Thomas A. Balerud
            Thomas A. Balerud, WSBA No. 19539

            *Attorney for Plaintiffs*

PLAINTIFFS' OFFER OF PROOF REGARDING TACOMA POLICE DEPARTMENT'S ROADBLOCK POLICIES

Page 3 | CASE NO. 3:13-cv-05974-MJP

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**CERTIFICATE OF SERVICE**

I, **Andrew S. Ulmer**, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Anne M. Bremner
>Karen L. Cobb
>Frey Buck, P.S.
>1200 Fifth Ave, Suite 1900
>Seattle, WA 98101
>abremner@freybuck.com
>kcobb@freybuck.com

DATED this 22nd day of November, 2020.

/s/ Andrew S. Ulmer
Andrew S. Ulmer
Associate Attorney

PLAINTIFFS' OFFER OF PROOF REGARDING TACOMA POLICE DEPARTMENT'S ROADBLOCK POLICIES

Page 4 | CASE NO. 3:13-cv-05974-MJP



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654