1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9                AT SEATTLE

10  THAN ORN, THALISA ORN,                CASE NO. C13-5974 MJP
    CLARISSE ORN on behalf of J.O and
11  C.O.,                                 ORDER ON OBJECTIONS IN
                                          GENE MILLER DEPOSITION
12                  Plaintiffs,

13           v.

14  CITY OF TACOMA, KRISTOPHER
    CLARK,
15
                    Defendants.
16

17
        This matter comes before the Court on Plaintiffs' request for the Court to rule on
18
    objections made during the deposition of Gene Miller. Having reviewed the deposition transcript,
19
    the Court ORDERS as the follows:
20
        The Court sustains the objections on pages: 29, 64, 65, 66, 67, 137, 143, 148, 158, 161,
21
    and 201.
22
23
24

1   The Court sustains Plaintiffs' objections on page 175 line 25 after the word "cocaine"
2 through page 176, line 1. The Court sustains Plaintiffs' objections on page 181 line 16 through
3 page 182 line 8. The Court otherwise overrules the other objections on pages 175-76 and 181-82.
4   The Court overrules the objections on pages: 149, 150, and 151.
5   The clerk is ordered to provide copies of this order to all counsel.
6   Dated November 24, 2020.

   Marsha J. Pechman
   United States District Judge