**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity,<br><br>        Defendants. | CASE NO. 3:13-cv-05974-MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE MINOR SETTLEMENT |

This matter comes before the Court on Plaintiffs' Motion to Approve Minor Settlement. (Dkt. No. 236.) Having reviewed the Motion, the report of Virginia L. DeCosta, the Settlement Guardian Ad Litem (SGAL), dated December 21, 2020, which recommends approval of the settlement, Defendants' Stipulation to Plaintiffs' Motion to Approve Minor Settlement (Dkt. No. 238), the records and pleadings herein, the Court ORDERS as follows:

Plaintiffs' Motion to Approve Minor Settlement is GRANTED, which renders Plaintiffs' Motion to Enforce the Settlement Agreement MOOT (Dkt. No. 234). The settlement as outlined in the Plaintiffs' Motion to Approve Minor Settlement and the SGAL's Report of

Court Appointed Settlement Guardian Ad Litem Recommending Approval is approved by the Court as reasonable and appropriate, the terms of which are outlined below:

The total amount of the settlement between Plaintiffs and Defendants is eight million dollars ($8,000,000). Within ten (10) days of the date of this order, the Defendants' insurer, will deliver full payment of the settlement amount to Plaintiffs' counsel. The payment shall be made payable to "Pfau Cochran Vertetis Amala, PLLC in Trust for Plaintiffs Than Orn, Thalisa Orn, and Clarisse Orn as guardian for minors J.O. and C.O."

It is further ORDERED that after payment of $4,269,861.77 (attorney fees of $3,600,000.00, costs advanced of $505,027.34, HCA lien of $160,834.43, and trust legal fees of $4,000.00) the remainder of the settlement funds shall be apportioned so that each plaintiff receives the following net proceeds from the settlement:

    A.  Minor J.O.    - $330,000.00

    B.  Minor C.O.    - $330,000.00

    C.  Thalisa Orn    - $330,000.00

    D.  Than Orn    - $2,740,138.23

It is further ORDERED that

1. The above-referenced attorney's fees and costs advanced, as outlined in the Plaintiffs' Motion to Approve Minor Settlement and in the SGAL report are reasonable and shall be paid from the settlement proceeds.

2. The Plaintiffs' attorneys shall ensure that all payments required to satisfy the above-referenced HCA lien claim are paid out of the settlement proceeds.

3. Clarisse Orn, birth mother and natural guardian of J.O. and C.O., is authorized to execute any and all settlements and other papers, including but not limited to release

of claim documents, that may be required to finalize and effectuate this settlement agreement.

4. As outlined in the SGAL Report, the Court approves disbursement of the funds necessary for the purchase of musical instruments for the minor children from their apportionment of settlement proceeds; specifically the purchase of a cello for J.O. and a violin for C.O. The anticipated cost is within the range of $10,000 to $15,000 per instrument.

5. As outlined in the SGAL report, the remainder of the proceeds of the settlement apportioned to J.O. and C.O. will be placed into a Trust for each child, with BECU's Trust Department serving as professional trustee. The anticipated funding amount for each Trust is in the range of $315,000 to $320,000. Plaintiffs' counsel is required to provide the trustee with confirmation of the purchase of, and with the purchase price of, the above-referenced musical instruments for record keeping of the minors' net proceeds and any disbursements therefrom. Plaintiffs' counsel must also, within 60 days of the entry of this order, file proof of the funding of each Trust in accordance with the SGAL Report and this order.

6. The fees and costs of SGAL Virginia L. DeCosta, totaling $4,808.50, are reasonable and are hereby approved. Because the work of the SGAL in this case inures to the benefit of the Defendants by ensuring the finality of settlement and release of the minor Plaintiffs' claims against the Defendants, the Defendants must pay, separate and in addition to the settlement amount, the above-referenced SGAL fees and costs.

Dated this 5th day of January, 2021.

          Marsha J. Pechman
          United States District Judge