**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THAN ORN, individually, THALISA ORN, individually, J.O. and C.O., by their Guardian, CLARISSE ORN,<br><br>                        Plaintiffs,<br><br>   vs.<br><br>CITY OF TACOMA, a municipal corporation; and KRISTOPHER CLARK, in his individual capacity,<br><br>                        Defendants. | NO. 3:13-cv-05974-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that Plaintiffs claims against Defendants in the above-entitled matter may be dismissed with prejudice and without fees or costs to either party.

\\\

\\\

\\\

\\\

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

Page 1 | NO. 3:13-cv-05974



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

DATED this 20th day of January, 2021.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By  /s/ Darrell L. Cochran
Darrell L. Cochran, WSBA No. 22851
Thomas B. Vertetis, WSBA No. 29805
Alexander G. Dietz, WSBA No. 54842
*Attorneys for Plaintiffs*

**COCHRAN DOUGLAS, PLLC**

By  /s/ Loren A. Cochran
Loren A. Cochran, WSBA No. 32773
*Attorney for Plaintiffs*

**LAW OFFICE OF THOMAS A. BALERUD**

By  /s/ Thomas A. Balerud
Thomas A. Balerud, WSBA No. 19539
*Attorney for Plaintiffs*

**FREY BUCK, P.S.**

By  /s/ Karen L. Cobb
Karen L. Cobb, WSBA No. 34598
Anne M. Bremner, WSBA No. 13269
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

Page  2 | NO. 3:13-cv-05974



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## ORDER

BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs claims against Defendants in the above-entitled matter are hereby dismissed with prejudice and without fees or costs to either party hereto.

DATED this 20th day of January, 2021.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

Page 3 | NO. 3:13-cv-05974



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654